IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAAIYAH HANIFAH GOLDSTEIN,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-CV-1338** |
| : | |
| **MARK ZUCKERBERG,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this **7th** day of **July, 2022**, upon consideration of Plaintiff Daaiyah Hanifah Goldstein's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**